IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01699-BNB

MELEAHA R. GLAPION,

    Plaintiff,

v.

SHAUN DONOVAN, Secretary, U.S. Department of Housing and Urban Development,

    Defendant.

## ORDER ASSIGNING CASE

After review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be assigned to a presiding judge and, if appropriate, to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c). Accordingly, it is

ORDERED that this case shall be assigned to a presiding judge and, if appropriate, to a magistrate judge.

DATED July 8, 2014, at Denver, Colorado.

                                              BY THE COURT:

                                              s/ Boyd N. Boland
                                              United States Magistrate Judge