IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01699-MEH

MELEAHA R. GLAPION,

    Plaintiff,

v.

SHAUN DONOVAN, Secretary, U.S. Department of Housing and Urban Development,

    Defendant.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 16, 2014.**

    The Motion for Leave to File Second Amended Complaint [filed July 15, 2014; docket #16] is **granted**. The Clerk of the Court is directed to file Plaintiff's "Title VII Complaint," which is attached to the Plaintiffs' Motion as Exhibit 1 [docket #16-1].

    The Defendant, who was served with the Amended Complaint on July 14, 2014 (docket #14), shall file an answer or other response to the Second Amended Complaint in accordance with federal and local rules.