IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01699-MEH

MELEAHA R. GLAPION,

    Plaintiff,

v.

SHAUN DONOVAN, Secretary, U.S. Department of Housing and Urban Development,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 3, 2014.**

    The Joint Motion for Entry of Stipulated Protective Order [filed October 2, 2014; docket #41] is **granted in part and denied in part**.  The proposed Stipulated Protective Order is accepted as modified at paragraph 11 (the Court declines to retain jurisdiction after the conclusion of the case) and filed contemporaneously with this minute order.