IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01699-MEH

MELEAHA R. GLAPION,

    Plaintiff,

v.

SHAUN DONOVAN, Secretary, U.S. Department of Housing and Urban Development,

    Defendant.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 14, 2014.**

    Plaintiff's Motion to Compel [filed October 12, 2014; docket #45] is **denied without prejudice**. The Motion states that Defendant intends to produce the requested documents by "next Thursday," which is October 23, 2014. Discovery cut-off in this case is January 30, 2015; thus, Defendant's proposed production date will not affect the Court's Scheduling Order (docket #38) and the Court does not otherwise find an urgency for Defendant's production of the documents.

    Additionally, Plaintiff requests sixty days to respond to Defendant's Requests for Productions "without seeking a written extension from the Defendant or Court." The Court does not understand this request, as it appears to be both a request for an extension of time and a request not to have an extension of time. Plaintiff may file a motion for an extension of time or re-file a motion to compel production in the event Defendant fails to produce the requested documents on or before October 23, 2014.