IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01699-MEH

MELEAHA R. GLAPION,

    Plaintiff,

v.

JULIAN CASTRO, Secretary, U.S. Department of Housing and Urban Development,

    Defendant.

___

## MINUTE ORDER
___

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 17, 2014.**

    Plaintiff's Motion to Correct the Record [filed October 16, 2014; docket #48] is **denied**. The motion at issue here, Plaintiff's Motion to Compel (docket #45), informed the Court that Defendant planned to produce the requested documents by "next Thursday," which the Court understood to mean October 23, 2014. The Court ruled that production by October 23, 2014 was acceptable and would not delay proceedings. Plaintiff's present motion explains that she intended "next Thursday" to mean today, October 16, 2014. If that was the case, the Court finds that Plaintiff's Motion to Compel, which was filed on Sunday, October 12, 2014 was unnecessary. The Court was closed on Monday, October 13, 2014 in recognition of Columbus Day. Thus, even addressing Plaintiff's motion immediately as it did, the Court's ruling in Plaintiff's favor would only have compelled Defendant to produce the documents one or two days earlier than originally promised. In any event, the Court notes that, because it found October 23, 2014 was an acceptable deadline, there is no basis to amend its ruling.

    Additionally, the Court reminds Plaintiff of her duty to comply with D.C. Colo. LCivR 7.1(a), which states,

> Before filing a motion, counsel for the moving party or an unrepresented party shall confer or make reasonable good faith efforts to confer with any opposing counsel or unrepresented party to resolve any disputed matter. The moving party shall describe in the motion, or in a certificate attached to the motion, the specific efforts to fulfill this duty.

Plaintiff did not inform the Court of any conferral regarding this Motion to Correct the Record.