IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01699-MEH

MELEAHA R. GLAPION,

    Plaintiff,

v.

JULIAN CASTRO, Secretary, U.S. Department of Housing and Urban Development,

    Defendant.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 30, 2014.**

In light of Plaintiff's filing an Amended Motion for Contempt Sanctions and/or to Compel Compliance Under Federal Rules [sic] of Civil Procedure 45 [docket #73], Plaintiff's initial Motion for Contempt and/or to Compel Compliance under Federal Rules of Civil Procedure 45 [filed December 26, 2014; docket #70] is **denied** as moot. Additionally, the Amended Motion [filed December 26, 2014; docket #73] is **denied without prejudice** with leave to re-file for failure to comply with D.C. Colo. LCivR 7.1(a), which states,

> Before filing a motion, counsel for the moving party or an unrepresented party shall confer or make reasonable good faith efforts to confer with any opposing counsel or unrepresented party to resolve any disputed matter. The moving party shall describe in the motion, or in a certificate attached to the motion, the specific efforts to fulfill this duty.

Plaintiff states that she conferred with the non-party witness whom she seeks to enforce a subpoena against, but she does not state that she conferred with Defendant or his counsel prior to filing the motion.