IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 14-cv-01699-MEH | Date: | January 13, 2015 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:* | *Counsel:*

MELEAHA GLAPION | *Pro se*

  Plaintiffs,

v.

JULIAN CASTRO | Timothy Jafek

  Defendant.

## COURTROOM MINUTES

**MOTION HEARING**

**3:33 p.m.   Court in session.**

Court calls case.  Appearances of counsel. Witness, Gary Mongelli, also made an appearance.

**ORDERED**:

[78] Motion to Compel *enforcement of subpoena against non-party, Gary J.Mongelli/ AFGE Local 3972 for production of documents*, Renewed MOTION for Contempt *non-party, Gary J.Mongelli/ AFGE Local 3972 for failure to produce subpoena documents* is GRANTED IN PART AND DENIED IN PART as Gary Mongelli turned the documents over to the plaintiff; Motion for Contempt is DENIED; Motion for Sanctions is DENIED.

[83] First MOTION to Compel *full discovery of 15 request for production (RFP) and "cut-off" EEOC/MSPB documents*, First MOTION for Sanctions *for failure to produce full discovery of 15 request for production (RFP) and "cut-off" EEOC/MSPB documents* by Plaintiff Meleaha R. Glapion is GRANTED IN PART AND DENIED IN PART as stated on the record with the deadlines stated on the record.

IT IS FURTHER ORDERED that the General Counsel's office for HUD is directed to obtain and turn over the requested documents regarding the plaintiff's employment from the VA on an expedited basis.

IT IS FURTHER ORDERED that a transcript of these proceedings is to be filed into the record at the request of Magistrate Judge Hegarty.

[81] First MOTION for Leave to *Extend Deadline Submission of Written Discovery from December 28, 2014 to December 30, 2014* is GRANTED IN PART as stated on the record.

**Discovery deadline:  March 2, 2015**
**Dispositive Motion deadline:  March 31, 2015**

**Final Pretrial Conference and Trial Preparation Conference are set for July 1, 2015 at 9:30 a.m.**  This cancels the Trial Preparation Conference set for May 4, 2015 at 3:00 p.m.

**5:53 p.m.        Court in recess.**

Hearing concluded.
Total in-court time   2:20

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.