IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 14-cv-01699-MEH | Date: | February 2, 2015 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:*                                                                                      *Counsel:*

MELEAHA GLAPION                                                               *Pro se*

   Plaintiffs,

v.

JULIAN CASTRO                                                                      Timothy Jafek

   Defendant.

## COURTROOM MINUTES

**MOTION HEARING**

**11:15 a.m.**     **Court in session.**

Court calls case. Appearances of counsel.

Following oral argument, the Court GRANTED the [90] MOTION for Order to *enter addendum to Protective Order* by Defendant Julian Castro.

The [51] MOTION to Dismiss for Failure to State a Claim and MOTION to Dismiss for Lack of Jurisdiction by Defendant Julian Castro is TAKEN UNDER ADVISEMENT.

Discussion was held regarding discovery and service issues.

A Jury trial is re-set for **August 24, 2015 at 9:00 a.m**. before U.S. Magistrate Judge Hegarty in the Arraj Courthouse, Courtroom A 501.

**12:14 p.m.**     **Court in recess.**  Hearing concluded.

Total in-court time    00:59

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.