IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 14-cv-01699-MEH | Date: | March 2, 2015 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:*  *Counsel:*

MELEAHA GLAPION   Pro se

   Plaintiffs,

v.

JULIAN CASTRO   Timothy Jafek

   Defendant.

**COURTROOM MINUTES**
**MOTION HEARING**

**11:13 a.m.  Court in session.**

Court calls case. Appearances of counsel.

Following oral argument, the Court GRANTED IN PART AND DENIED IN PART, the [98] Motion to Compel by Defendant.

IT IS ORDERED THAT the plaintiff is to produce the boxes of documents that she received from the EEO to the defendant by close of business on **March 9, 2015**. The defendant will return the boxes to the plaintiff on **March 16, 2015.**

The request for attorney's fees in denied.

**11:52 a.m.  Court in recess.**   Hearing concluded.
Total in-court time   00:39

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.