IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01699-MEH

MELEAHA R. GLAPION,

    Plaintiff,

v.

JULIAN CASTRO, Secretary, U.S. Department of Housing and Urban Development,

    Defendant.

___

## MINUTE ORDER
___

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 13, 2015.**

    Defendant's Motion for Protective Order [filed March 10, 2015; docket #101] is **denied as moot**. Defendant seeks to designate video recordings of certain depositions as confidential. On January 30, 2015, Defendant filed a motion for addendum to protective order "to clarify that audio or video recordings of depositions may de designated as 'Confidential' under [the] protective order." (Docket #90.) Following oral argument, the Court granted that motion on February 2, 2015. (Docket #92.) According to the present motion, Plaintiff is again objecting to Defendant's designation of the depositions as confidential. The Court need not address Defendant's arguments because it has already resolved the issues in Defendant's favor. Plaintiff's objection is in contravention of this Court's October 13, 2014 and February 2, 2015 orders. Defendant may designate the deposition recordings as confidential, and Plaintiff shall honor that designation.