IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01699-MEH

MELEAHA R. GLAPION,

    Plaintiff,

v.

JULIAN CASTRO, Secretary, U.S. Department of Housing and Urban Development,

    Defendant.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 1, 2015.**

    This matter comes before the Court *sua sponte*. The Court will hold a Status Conference regarding the above-captioned case on **June 3, 2015,** at **9:30 a.m.**, in the Alfred A. Arraj U.S. Courthouse, Courtroom A-501, 901 19th Street, Denver, Colorado. Additionally, all further briefing regarding Defendant's Motion for Summary Judgment (docket #106) and Defendant's Motion for Partial Summary Judgment (docket #108) is **stayed** until it may be discussed at the Status Conference.

    Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2(b).