IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| Civil Action No: | 1:14-cv-01699-MEH | Date: | August 12, 2015 |
|---|---|---|---|
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:*  *Counsel:*

MELEAHA R. GLAPION                                        Pro se

   Plaintiff,

v.

JULIAN CASTRO                                             Timothy Jafek

   Defendant.

| Civil Action No: | 1:14-cv-03236-MEH | Date: | August 12, 2015 |
|---|---|---|---|
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:*  *Counsel:*

MELEAHA R. GLAPION                                        Pro se

   Plaintiff,

v.

SALLY JEWELL                                              Timothy Jafek

   Defendant.

| Civil Action No: | 1:14-cv-03237-MEH | Date: | August 12, 2015 |
|---|---|---|---|
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:*  *Counsel:*

MELEAHA R. GLAPION                                        Pro se

   Plaintiff,

v.

JULIAN CASTRO                                             Timothy Jafek

   Defendant.

## COURTROOM MINUTES/MINUTE ORDER
## STATUS CONFERENCE/MOTIONS HEARING

**Court in session: 10:29 a.m.**

The Court calls case.   Appearances of counsel.

**ORDERED:**

1:14-cv-01699-MEH *Meleaha Glapion v. Julian Castro* [134] First Motion for Administrative Closure by Plaintiff is DENIED.

Defendant has until September 8, 2015 to file her opposition to [106] Motion for Summary Judgment and [108] Partial Motion for Summary Judgment as set forth in [132] Courtroom Minutes/Minute Entry.

1:14-cv-03236-MEH *Meleaha Glapion v. Sally Jewell*
[41] First Motion for Administrative Closure by Plaintiff is DENIED.

1:14-cv-03237-MEH *Meleaha Glapion v. Julian Castro*
[35] First Motion for Administrative Closure by Plaintiff is DENIED.

Discussion was held regarding possible outstanding discovery.


**Court in recess:   11:13   a.m.**        (Hearing concluded)
Total time in court:    0:44

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.