IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01699-MEH

MELEAHA R. GLAPION,

    Plaintiff,

v.

JULIAN CASTRO, Secretary, U.S. Department of Housing and Urban Development,

    Defendant.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 5, 2015.**

    Plaintiff's Motion for Leave to File Sur-Reply [filed October 2, 2015; docket #147] is **granted in part** and **denied in part** as follows.

    The Plaintiff may file a Surreply no longer than five, double-spaced pages in length that addresses **only** the exhibits attached to the Defendant's Reply (*see* docket #146). The Surreply must be filed **on or before October 13, 2015**; the Court will grant no extensions of this deadline absent a showing of exceptional cause.

    Failure to comply fully with this Order may result in the Court striking the Surreply with no leave to amend.